UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **DROGOS, MARK S.** ) | Bankruptcy Case No. 17-82460 TML |
| **DROGOS, PATRICIA J.** ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 30, 2018, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

DROGOS, MARK S.
DROGOS, PATRICIA J.
441 FAIRWAY VIEW DRIVE
ALGONQUIN, IL 60102

DAVID L. DAVITT
4023 CHARLES STREET
ROCKFORD, IL 61108
(Via ECF Electronic Transmission)

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

/s/ Debbie M. Harris
JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com